UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILDEBRAND,<br><br>    Petitioner,<br><br>  v.<br><br>TRISHA CAMPBELL,<br><br>    Respondent. | Case No. 24-cv-01791 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On March 21, 2024, Petitioner, a California state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk sent a notice to Petitioner informing him that he must file a complete *In Forma Pauperis* ("IFP") application within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 2.

The deadline to file an IFP application has passed, and Petitioner has failed to respond. Furthermore, there has been no other communication from Petitioner. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated:  __May 7, 2024_____                   _____
                                                                            BETH LABSON FREEMAN
                                                                            United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.24\01791Hildebrand_dism-ifp.docx