UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILDEBRAND,<br>Petitioner,<br>v.<br>TRISHA CAMPBELL,<br>Respondent. | Case No. 24-cv-01791 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __May 7, 2024_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.24\01791Hildebrand_judgment.docx