UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILDEBRAND,<br><br>    Petitioner,<br><br>    v.<br><br>TRISHA CAMPBELL,<br><br>    Respondent. | Case No. 24-cv-01791 BLF (PR)<br><br>**ORDER VACATING JUDGMENT AND REOPENING ACTION** |

On March 21, 2024, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in this Court. Dkt. No. 1. On May 7, 2024, the Court dismissed this case for Petitioner's failure to file a complete *in forma pauperis* application or pay the $5.00 filing fee in the time provided. Dkt. Nos. 3, 4.

It has recently come to the Court's attention that Petitioner paid the fee on April 15, 2024, but the receipt was not docketed until May 14, 2024. Dkt. No. 5. Therefore, this case was improperly closed due to a clerical error. In the interest of justice, the Court will reopen this action.

The judgment entered on May 7, 2024, is hereby **VACATED**. Dkt. No. 4. The Clerk shall reopen this matter.

**IT IS SO ORDERED.**

Dated: __May 15, 2024_____

                                              BETH LABSON FREEMAN
                                              United States District Judge