1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HILDEBRAND,

Petitioner,

v.

TRISHA CAMPBELL,

Respondent.

Case No. 24-cv-01791 BLF (PR)

**ORDER GRANTING MOTION TO FILE ADDENDUM; DENYING MOTION FOR APPOINTMENT OF COUNSEL; GRANTING EXTENSION OF TIME TO FILE OPPOSITION**

(Docket Nos. 10, 12)

Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Dkt. No. 1.  The Court found the petition presented a timeliness issue and ordered Respondent to respond.  Dkt. No. 9.  On August 14, 2024, Petitioner filed a motion to file an addendum which to addresses the timeliness bar.  Dkt. No. 10.  The motion is GRANTED.

On August 28, 2024, Respondent filed a motion to dismiss the petition on various grounds, including timeliness.  Dkt. No. 11.  Petitioner's opposition is currently due by September 25, 2024.  Dkt. No. 9 at 4.

Petitioner has filed a motion for appointment of counsel, asserting the "certain intricacies and complexities of this case… in the interest of justice, fairness, and the right to due process."  Dkt. No. 12.  The Sixth Amendment's right to counsel does not apply in habeas corpus actions.  *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir.), *cert. denied*, 479 U.S. 867 (1986).  Unless an evidentiary hearing is required, the decision to

appoint counsel is within the discretion of the district court.  *Id.*; *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984).  Here, an evidentiary hearing does not appear to be necessary at this stage of the proceedings, and Petitioner's circumstances are not so exceptional to warrant appointment of counsel.  Accordingly, Petitioner's request for appointment of counsel is **DENIED** without prejudice to the Court's *sua sponte* reconsideration should an evidentiary hearing be necessary to review the merits of Petitioner's claims.

In the interest of justice, Petitioner is granted an extension of time to file opposition to Respondent's motion to dismiss.  Petitioner's opposition shall be filed **no later than October 23, 2024**.  Respondent shall file and serve a reply within **fourteen (14) days** of receipt of Petitioner's opposition, and include a response to Petitioner's addendum.  Dkt. No. 10.

This order terminates Docket Nos. 10 and 12.

**IT IS SO ORDERED.**

Dated:  __September 20, 2024__

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. to File; Denying Appt of Counsel; Grant EOT
P:\PRO-SE\BLF\HC.24\01791Hildebrand_atty&eot-opp.docx