UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILDEBRAND,<br><br>Petitioner,<br><br>v.<br><br>TRISHA CAMPBELL,<br><br>Respondent. | Case No. 24-cv-01791 BLF (PR)<br><br>**ORDER DENYING MOTION TO SUBMIT SUR-REPLY**<br><br>(Docket No. 16) |

Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. Respondent filed a motion to dismiss the petition on various grounds, including timeliness. Dkt. No. 11. Petitioner filed opposition, and Respondent filed a reply. Dkt. Nos. 14, 15. Petitioner now seeks leave to file a sur-reply. Dkt. No. 16.

The Local Rules provide that once a reply is filed, "no additional memoranda, papers or letters may be filed without prior Court approval" <u>except</u> to file an objection to new evidence submitted in the reply or to bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed. Civil L.R. 7-3(d)(1), (2). The Local Rules also states that an objection to reply evidence "may not include further argument on the motion." *Id.* at 7-3(2)(1). Here, Respondent did not submit any evidence with their reply. Dkt. No. 15. Nor does it appear that Petitioner is attempting to bring to

the Court's attention a "relevant judicial opinion" that was recently published.  Rather, Petitioner states that he intends "to address certain issues presented by the Respondent in the reply." Dkt. No. 16 at 1.  He contends that habeas relief should be granted "based on the merits of the petition." *Id.* at 2.  These assertions indicate that Petitioner merely intends to present "further argument on the motion" which is not allowed by the Local Rules.  Accordingly, the motion to submit a sur-reply is DENIED.

This matter is deemed submitted as of the filing of Respondent's reply. Respondent's motion shall be decided in due course.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated:  __October 22, 2024___

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion to File Sur-reply
P:\PRO-SE\BLF\HC.24\01791Hildebrand_deny.surreply.docx