UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILDEBRAND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TRISHA CAMPBELL,<br><br>　　　　Respondent. | Case No. 24-cv-01791 BLF (PR)<br><br>**JUDGMENT** |

　　For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE.  Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: _____February 20, 2025_____

　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\HC.24\01791Hildebrand_judgment